## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID STAMER, on behalf of himself and all others similarly situated | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 15-cv-8277 |
| SEAS & ASSOCIATES, LLC, ABC FINANCIAL SERVICES, INC., BLAST FITNESS GROUP, LLC. | ) ) ) ) | Honorable Judge John J. Tharp |
| Defendants. | ) | JURY DEMAND |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff requests that the Clerk of this Court make an entry of default with regard to defendant Blast Fitness Group, LLC ("Blast"). In support of this Request, Plaintiff states as follows:

1. On August 1, 2016, having been granted Leave to file an Amended Complaint (Dkt. 37), Plaintiff electronically filed Plaintiff's Amended Complaint (Dkt. 38), which added Blast to this action.

2. As shown in the Declaration of the process server, Merrill Smallwood, Blast was properly served on August 15, 2016, with a copy of the Amended Complaint, along with an official court summons. *See* Dkt. 42, attached as Exhibit 1.

3. As shown on the docket for this action, Blast has not filed an answer or other response to the Amended Complaint. The deadline for Blast to file a response to the Amended Complaint was September 5, 2016. *Id*. This deadline has long since passed.

4. As shown on the docket for this action, Blast has not sought an extension of its deadline for filing a response to the Amended Complaint, nor made any appearance in this action.

5. Under Rule 55(a), the clerk of a court must enter a party's default if the party fails to plead or otherwise defend against a claim for affirmative relief.

6. Accordingly, Plaintiff respectfully requests that the Clerk of this Court make an entry of default in this action with regard to Blast.

Respectfully submitted,
/s/ Timothy J. Sostrin
One of Plaintiff's Attorneys

Keith J. Keogh
Timothy Sostrin
Michael Hilicki
Keogh Law, Ltd.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
TSostrin@KeoghLaw.com