UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

David Stamer
                          Plaintiff,

v.                                                  Case No.: 1:15−cv−08277
                                                          Honorable John J. Tharp Jr.

Seas & Associates, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2016:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendant ABC']s Motion to dismiss [52] is taken under advisement. Plaintiff's response to the motion is due by 10/12/16; Defendant's reply is due by 10/19/16. Plaintiff's Amended Motion For Class Certification [49] is denied without prejudice for reasons stated on the record. Status hearing set for 12/2/16 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.