# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

David Stamer

                                  Plaintiff,

v.                                                                     Case No.: 1:15−cv−08277

                                                                                 Honorable John J. Tharp Jr.

Seas & Associates, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2016:

       MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's request for default judgement as to Blast Fitness Group [55] is granted. The Clerk of Court is directed to make an entry of default in this action against Blast Fitness Group. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.