## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

David Stamer
          Plaintiff,

v.                  Case No.: 1:15−cv−08277
                 Honorable John J. Tharp Jr.

Seas & Associates, LLC, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2016:

   MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Plaintiff did not appear. Without objection, Plaintiff's Motion to File Response Under Seal [61] is temporarily granted. Defendant Seas & Assoc.'s supporting brief to the Plaintiff's Motion to File Response under Seal is due by 11/2/16. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.