UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

David Stamer
                              Plaintiff,

v.                                          Case No.: 1:15−cv−08277
                                                  Honorable John J. Tharp Jr.

Seas & Associates, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 31, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the plaintiff's stipulation of dismissal with prejudice [106], pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is concluded. The plaintiff's individual claims are dismissed with prejudice; claims of any putative class members are dismissed without prejudice. All future dates and deadlines are stricken; all pending motions are denied as moot. Civil Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.